UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**Affidavit in Support of Motion to Appear *Pro Hac Vice*** |

## AFFIDAVIT OF LISA M. GEARY

I, Lisa M. Geary, declare as follows:

1. I am an active member in good standing of the bars of the State of Arkansas and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 23, 2023

_____
Lisa M. Geary

SUBSCRIBED AND SWORN TO before me this

23RD day of October, 2023, by Lisa M. Geary.

_____
Notary Public

KASEY HICKS
Notary Public-Arkansas
Washington County
My Commission Expires 05-06-2032
Commission # 12718987

2