UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>               Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>               Defendants. | Case No. 1:23-cv-091520-LGS<br><br>**Order for Admission**<br>*Pro Hac Vice* |

## ORDER TO APPEAR *PRO HAC VICE*

The motion of Seth M. Haines, for admission to appear *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the State of Arkansas, and that his contact information is as follows:

> Seth M. Haines
> **RMP, LLP**
> 5519 Hackett Street, Suite 300
> Springdale, Arkansas 72762
> Tel: (479) 443-2705
> shaines@rmp.law

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the Plaintiffs and the Proposed Class in the above-captioned action;

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                                                    United States District/Magistrate Judge