**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenredier, Lysa Terkeurst and John Blase on behalf of themselves and all others similarly situated,<br>-against- | Plaintiff, |
| Meta Platforms, Inc., Bloomberg L.P., Bloomberg Finance, L.P, Microsoft Corporation, and The Eleutherai Institute, | |
| Defendant. | |

23 Civ. 09152 (LGS)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James A. Ulwick hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Mike Huckabee, Individually, et al., in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 11/03/2023

Respectfully Submitted,

Applicant Signature: /s/ James A. Ulwick

Applicant's Name: James A. Ulwick
Firm Name: DiCello Levitt LLP
Address: Ten North Dearborn Street, Sixth Floor
City/State/Zip: Chicago, Illinois 60602
Telephone/Fax: Telephone:(312) 214-7900 Fax:(312) 253-1443
Email: julwick@dicellolevitt.com