UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenredier, Lysa Terkeurst, and John Blase on behalf of themselves and all others similarly situated                        Plaintiff,

-against-

Meta Platforms, Inc., Bloomberg L.P., Bloomberg Finance, l. P, Microsoft Corporation, and The Eleutherai Institute,                        Defendant.

23 cv 09152 ( LGS )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __James A. Ulwick__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois__; and that his/her contact information is as follows (please print):

Applicant's Name: __James A. Ulwick__

Firm Name: __DiCello Levitt LLP__

Address: __Ten North Dearborn Street, Sixth Floor__

City / State / Zip: __Chicago, Illinois 60602__

Telephone / Fax: __Telephone:(312) 214-7900 Fax:(312) 253-1443__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Mike Huckabee, Individually, et al.,__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                        _____

United States District / Magistrate Judge