UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenredier, Lysa Terkeurst, and John Blase on behalf of themselves and all others similarly situated,

Plaintiff,

-against-

Meta Platforms, Inc., Bloomberg L.P., Bloomberg Finance, L.P, Microsoft Corporation, and The Eleutherai Institute,

Defendant.

23 Civ. 09152 (LGS)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Amy E. Keller__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenredier, Lysa Terkeurst, and John Blase__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Illinois and Michigan__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 11/13/2023

Respectfully Submitted,

/s/ Amy E. Keller

Applicant Signature: _____

Applicant's Name: Amy E. Keller

Firm Name: DiCello Levitt LLP

Address: Ten North Dearborn Street, Sixth Floor

City/State/Zip: Chicago, Illinois 60602

Telephone/Fax: Telephone:(312) 214-7900 Fax:(312) 253-1443

Email: akeller@dicellolevitt.com