UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**CORPORATE DISCLOSURE STATEMENT OF BLOOMBERG L.P. AND BLOOMBERG FINANCE L.P. PURSUANT TO FED. R. CIV. P. 7.1** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bloomberg L.P. and Bloomberg Finance L.P., by and through their attorneys, Fried, Frank, Harris, Shriver & Jacobson LLP, state that both Bloomberg L.P. and Bloomberg Finance L.P. are limited partnerships; that Bloomberg Inc. is the general partner of Bloomberg L.P.; that Bloomberg (GP) Finance LLC is the general partner of Bloomberg Finance L.P.; and that no publicly-held corporation owns ten percent or more of either entity's limited partnership interests.

DATED:  November 30, 2023　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　FRIED, FRANK, HARRIS, SHRIVER
　　　　　　　　　　　　　　　　　　& JACOBSON LLP

　　　　　　　　　　　　　　　　　By:  */s/ Nicole M. Jantzi*
　　　　　　　　　　　　　　　　　　　Nicole M. Jantzi
　　　　　　　　　　　　　　　　　　　(nicole.jantzi@friedfrank.com)
　　　　　　　　　　　　　　　　　　　Paul M. Schoenhard (*Pro Hac Vice* application
　　　　　　　　　　　　　　　　　　　forthcoming)
　　　　　　　　　　　　　　　　　　　(paul.schoenhard@friedfrank.com)

2

        FRIED, FRANK, HARRIS, SHRIVER &
        JACOBSON LLP
        801 17th Street NW
        Washington, DC 20006
        Telephone: (202) 639-7265

        Amir R. Ghavi
        (amir.ghavi@friedfrank.com)
        FRIED, FRANK, HARRIS, SHRIVER &
        JACOBSON LLP
        One New York Plaza
        New York, New York 10004
        Telephone: (212) 859-8000

        *Attorneys for Defendants Bloomberg L.P.*
        *and Bloomberg Finance L.P.*