UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>- against -<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>      Defendants. | Case No. 23-cv-09152<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE** |

The motion of Paul M. Schoenhard, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Virginia and Washington and the District of Columbia, and that his contact information is as follows:

  Applicant's Name: Paul M. Schoenhard
  Firm Name: Fried, Frank, Harris, Shriver & Jacobson LLP
  Address: 801 17th Street, NW
  City / State / Zip: Washington, DC 20006
  Telephone: (212) 639-7000
  Fax: (212) 639-7003
  Email: Paul.Schoenhard@friedfrank.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendants Bloomberg L.P. and Bloomberg Finance, L.P in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   November __, 2023

_____
The Honorable Lorna G. Schofield
