## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MIKE HUCKABEE, RELEVATE GROUP,
DAVID KINNAMAN TSH OXENREIDER,
LYSA TERKEURST, and JOHN BLASE on
behalf of themselves and all others similarly
situated,

                              **Plaintiffs,**

             v.

META PLATFORMS, INC., BLOOMBERG
L.P., BLOOMBERG FINANCE, L.P.,
MICROSOFT CORPORATION, and THE
ELEUTHERAI INSTITUTE,

                            **Defendants.**

Case No. 1:23-cv-9152-LGS

## AFFIDAVIT OF ANNETTE L. HURST IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COUNTY OF SAN FRANCISCO)
                          ):ss
STATE OF CALIFORNIA     )

Annette L. Hurst, being duly sworn, deposes and says as follows:

    1.      I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

    2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

    3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    4.      There are no pending disciplinary proceedings against me in any State or Federal court.

    5.      I have not been convicted of a felony.

6.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.      Wherefore I, Annette L. Hurst, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

_____
Annette L. Hurst

Sworn to before me
this 30th day of November, 2023

_____
Notary Public

CHRISTINE J. FLORES
Notary Public - California
San Francisco County
Commission # 2451678
My Comm. Expires Jun 25, 2027

2