UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,

                    Plaintiffs,

          v.

META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE,

                    Defendants.

---

Case No. 1:23-cv-09152-LGS

Hon. Lorna G. Schofield

**AFFIDAVIT OF BOBBY A. GHAJAR
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, BOBBY A. GHAJAR, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am an attorney with the law firm Cooley LLP, located at 1333 2nd Street, Suite 400, Santa Monica, California 90401.

2.     I respectfully submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned action.

3.     There are no pending disciplinary proceedings against me in any state or federal court.

4.     I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.     As shown in the attached Certificate of Good Standing issued by the Supreme Court of California, I am a member in good standing of the bar of California.

I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2023
Santa Monica, California

Respectfully submitted,

Bobby A. Ghajar

SUBSCRIBED AND SWORN TO before me on this the 30th day of November 2023.

See attachment
on the back.
C.B.

NOTARY PUBLIC

-2-

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (No signature needed on this page)
☒ See Statement Below (To be completed only by document signer(s), not Notary, in box below)

*I declare under penalty of perjury that the foregoing is true and correct.*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA
County of LOS ANGELES

Signature of Document Signer No. 1

Signature of Document Signer No. 2

Signature of Document Signer No. 3

Subscribed and sworn to (or affirmed) before me on this

_30th_ day of _November_, _2023_ by
Date / Month / Year

_Bobby Ghajar_
Name of Signer No. 1

Name of Signer No. 2

Name of Signer No. 3

CESAR BARANDA
COMM # 2448587
Los Angeles County
California Notary Public
Comm Exp May 30, 2027

Space for Notary Seal

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature of Notary Public

--------OPTIONAL DATA FOR SECURITY--------

Name of Document: _Affidavit of B.G. for Admission Pro Hac Vice_

Document Date: _11/30/2023_

Number of Pages: _2_

Number of Signatures Notarized (circle): ① 2 3 Other: _____

Thumbprint

Copyright 2023. Notary has permission to copy this form during the term of their commssion.

Notary: Cesar Baranda
Commission Expiration Date: 05/30/2027