UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE, <br><br> Defendants. | Case No. 1:23-cv-09152-LGS <br><br> Hon. Lorna G. Schofield |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Bobby A. Ghajar, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Bobby A. Ghajar
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, California, 90401
Telephone:   (310) 883-6400
Facsimile:    (310) 883-6500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Meta Platforms, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District Judge
Hon. Lorna G. Schofield