UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASÉ *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Civil Action No.: 1:23-cv-09152-LGS<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*** |

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jared B. Briant, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned action. I am in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

|  |  |
|---|---|
|  | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| Dated: Denver, Colorado<br>December 15, 2023 | By: _/s/ Jared B. Briant_<br>       Jared B. Briant<br><br>1144 15th Street, Suite 3400<br>Denver, Colorado 80202<br>(303) 607-3588<br>jared.briant@faegredrinker.com<br><br>*Attorneys for Microsoft Corporation* |