UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASÉ *on behalf of themselves and all others similarly situated,*<br><br>     Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>     Defendants. | Civil Action No.: 1:23-cv-09152-LGS<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

  The motion of Jared B. Briant for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the State of Colorado; and that his contact information is as follows:

  Jared B. Briant
  Faegre, Drinker, Biddle & Reath LLP
  1144 15th Street, Suite 3400
  Denver, Colorado 80202
  Telephone (303) 607-3588
  jared.briant@faegredrinker.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Microsoft Corporation, in the above-captioned action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned case in the United States District Court for the Southern District

of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District Judge

Hon. Lorna G. Schofield