

# DICELLO LEVITT

TEN NORTH DEARBORN STREET   SIXTH FLOOR   CHICAGO, ILLINOIS 60602

AMY E. KELLER
AKELLER@DICELLOLEVITT.COM
312.214.7900

The initial pre-trial conference will proceed telephonically as scheduled on January 17, 2024, at 4:20 P.M.  The parties shall call (888) 363-4749 and enter the access code 558-3333. So Ordered.

January 10, 2024

**DELIVERY METHOD: CM/ECF**

Dated: January 11, 2024
        New York, New York

Hon. Lorna G. Schofield
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *Huckabee v. Meta, et al.*, Case No. 1:23-cv-09152-LGS

Dear Judge Schofield:

Pursuant to Rules I.B.1 and I.B.4 of Your Honor's Individual Rules, I write on behalf of all parties in the above captioned matter, with permission from Defendants' counsel, to confirm the parties' understanding that the Initial Conference scheduled in this matter for January 17, 2024 will proceed by telephone at a dial-in number to be provided by the Court.  To the extent the Court would rather counsel for the parties appear in person, we remain available to do so.

Sincerely,

Amy E. Keller

cc:     Counsel of record via ECF

BIRMINGHAM · CHICAGO · CLEVELAND · NEW YORK · SAN DIEGO · SANTA FE · WASHINGTON DC · **DICELLOLEVITT.COM**