UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
MIKE HUCKABEE, et al.,                                      :
                                     Plaintiffs,            :
                                                            :       23 Civ. 9152 (LGS)
             -against-                                      :
                                                            :               ORDER
META PLATFORMS, INC., et al.,                               :
                                     Defendants,            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for January 17, 2024;

WHEREAS, Plaintiffs have stated their intent to file an Amended Complaint. Because no responsive pleading has yet been filed to the operative Complaint, Plaintiffs may amend their pleading once as a matter of course. *See* Fed. R. Civ. P. 15(a). It is hereby

**ORDERED** that the initial pre-trial conference scheduled for January 17, 2024, is adjourned to **February 14, 2024, at 4:20 P.M.** It is further

**ORDERED** that by **January 24, 2024**, Plaintiffs shall file their Amended Complaint. They shall separately file a letter containing a redline comparison of the Amended Complaint and the previous Complaint. By **January 31, 2024**, Defendants may file a renewed pre-motion letter, not to exceed three pages, stating whether they still intend to file a motion to dismiss and on what grounds. If Defendants file a renewed pre-motion letter, Plaintiffs may file a responsive letter, not to exceed three pages, by **February 7, 2024**.

Dated: January 17, 2024
       New York, New York

                                         LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**