

TEN NORTH DEARBORN STREET   SIXTH FLOOR   CHICAGO, ILLINOIS 60602

AMY E. KELLER
AKELLER@DICELLOLEVITT.COM
312.214.7900

February 13, 2024

**DELIVERY METHOD: CM/ECF**

Hon. Lorna G. Schofield
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        **Re:**    *Huckabee v. Meta, et al.*, Case No. 1:23-cv-09152-LGS
              **Joint Letter re: Revised Proposed Civil Case Management Plan**

Dear Judge Schofield:

      Pursuant to Paragraph I.B.1 of Your Honor's Individual Rules, I write on behalf of Plaintiffs, Bloomberg L.P., and Bloomberg Finance L.P. ("Parties") in the above-captioned matter. As the Court is aware, the parties have agreed to stay discovery "pending resolution of Bloomberg's forthcoming motion to dismiss." (Dkt Nos. 63, 70 at 4.) Nonetheless, as previously directed by the Court, the Parties hereby submit the attached updated proposed Civil Case Management Plan and Scheduling Order, which has been revised to reflect developments in the case since the Parties submitted their initial proposed Civil Case Management Plan on January 10, 2023 (Dkt. No. 70-1).

                                                                      Sincerely,

                                                                      Amy E. Keller