UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                                                    :
MIKE HUCKABEE, et al.,                                  :
                                        Plaintiffs,       :
                                                                   :            23 Civ. 9152 (LGS)
                              -against-                           :
                                                                   :                <u>ORDER</u>
META PLATFORMS, INC., et al.,                      :
                                                      Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pre-trial conference in this matter is scheduled for February 14, 2024.  It is hereby

      **ORDERED** that the initial pre-trial conference scheduled for February 14, 2024, is adjourned to **March 13, 2024, at 4:20 P.M.**  It is further

Dated: February 13, 2024
       New York, New York

                                                                        LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE