

DICELLO LEVITT

TEN NORTH DEARBORN STREET   SIXTH FLOOR   CHICAGO, ILLINOIS 60602

AMY E. KELLER
AKELLER@DICELLOLEVITT.COM
312.214.7900

March 11, 2024

**DELIVERY METHOD: CM/ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    **Re:** *Huckabee v. Bloomberg, et al.*, **Case No. 1:23-cv-09152-MMG**
       **Letter re: Remote Appearance at March 19, 2024**
       **Case Management Conference**

Dear Judge Garnett:

  Pursuant to the remote appearance procedures provided for in Rule II.A.2 of Your Honor's Individual Rules and Practices, as counsel for the Plaintiffs, I request permission that the parties are able to appear before Your Honor via video- or tele-conference on March 19, 2024, at 9:00 a.m.

  As principal counsel for the Plaintiff, I am unable to appear before you in person on that date, because I have a doctor's appointment in Chicago which I cannot reschedule. However, I can attend the scheduled Case Management Conference if permitted to attend remotely. We have spoken with counsel for the Defendants, Bloomberg L.P., and Bloomberg Finance L.P., and they do not oppose our request to conduct the Case Management Conference either telephonically or by video.

            Respectfully,

            Amy E. Keller

cc: *All counsel of record (via CM/ECF)*