```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE HUCKABEE, Individually and on Behalf of All Others Similarly Situated, et al.,

                Plaintiffs,

-against-

BLOOMBERG L.P., et al.,

                Defendants.

23-CV-09152 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed during the conference on March 19, 2024, it is hereby ORDERED that Defendants' anticipated motion to dismiss shall proceed on the below briefing schedule:

- Defendants' motion to dismiss shall be due **March 22, 2024**;
- Plaintiffs' opposition to the motion to dismiss shall be due **April 19, 2024**; and
- Defendants' reply in support of their motion to dismiss shall be due **May 3, 2024**.

    It is further ORDERED that discovery shall be stayed during the pendency of briefing on the motion to dismiss. Any party seeking to lift the stay on discovery may seek such relief by letter to the Court filed on ECF after Defendants' reply is submitted.

Dated: March 20, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge