UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIKE HUCKABEE, RELEVATE GROUP,
DAVID KINNAMAN, TSH OXENREIDER,
LYSA TERKEURST, and JOHN BLASE
on behalf of themselves and all others
similarly situated,

Plaintiffs,

- against -

META PLATFORMS, INC., BLOOMBERG
L.P., BLOOMBERG FINANCE, L.P.,
MICROSOFT CORPORATION, and
THE ELEUTHERAI INSTITUTE,

Defendants.

Case No. 23-cv-09152-MMG

**NOTICE OF BLOOMBERG
L.P. AND BLOOMBERG
FINANCE L.P.'S MOTION
TO DISMISS FIRST
AMENDED CLASS ACTION
COMPLAINT**

---

**PLEASE TAKE NOTICE** that defendants Bloomberg L.P. and Bloomberg Finance L.P. (together, "Bloomberg"), by its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), will move before the Honorable Margaret M. Garnett, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and at a time to be determined by the Court, for an Order (i) granting Bloomberg's motion to dismiss Plaintiffs' First Amended Class Action Complaint with prejudice, and (ii) granting Bloomberg such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Bloomberg will rely upon the accompanying Memorandum of Law in Support of Bloomberg L.P. and Bloomberg Finance L.P.'s Motion to Dismiss First Amended Class Action Complaint.

DATED:  March 22, 2024                    Respectfully submitted,

                                          FRIED, FRANK, HARRIS, SHRIVER
                                             & JACOBSON LLP

                                          By:  */s/ Nicole M. Jantzi*
                                             Nicole M. Jantzi
                                             (nicole.jantzi@friedfrank.com)
                                             Paul M. Schoenhard (*Pro Hac Vice*)
                                             (paul.schoenhard@friedfrank.com)
                                             FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP
                                             801 17th Street NW
                                             Washington, DC 20006
                                             Telephone: (202) 639-7265

                                             Amir R. Ghavi
                                             (amir.ghavi@friedfrank.com)
                                             FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP
                                             One New York Plaza
                                             New York, New York 10004
                                             Telephone: (212) 859-8000

                                             *Attorneys for Defendants Bloomberg L.P.*
                                             *and Bloomberg Finance L.P.*