UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BLOOMBERG L.P. and BLOOMBERG FINANCE, L.P.,<br><br>Defendants. | Case No. 1:23-cv-09152-MMG |

## MOTION TO WITHDRAW ATTORNEY LISA M. GEARY

Pursuant to Local Civil Rule 1.4, Lisa M. Geary, an attorney for Plaintiffs Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa Terkeurst, and John Blasé ("Plaintiffs") is no longer an attorney at RMP, LLP ("RMP") and is hereby withdrawn as counsel for Plaintiffs in this action (the "Action"). Ms. Geary should be removed from the Court's service list with respect to the Action. Counsel listed below will continue to represent the Plaintiffs in the Action. All future correspondence and papers should continue to be directed to the undersigned attorneys.

Respectfully submitted,

DATED: June 27, 2024

By: /s/ James A. Ulwick
Adam J. Levitt (pro hac vice)
Amy E. Keller (pro hac vice)
James A. Ulwick (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Greg G. Gutzler
**DiCELLO LEVITT LLP**
485 Lexington Ave., 10th Floor
New York, NY 10017
Telephone: (646) 933-1000
ggutzler@dicellolevitt.com

Seth Haines (pro hac vice)
Timothy Hutchinson (pro hac vice)
**RMP, LLP**
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762
Telephone: (479) 443-2705
shaines@rmp.law
thutchinson@rmp.law

Scott Poynter (pro hac vice forthcoming)
**POYNTER LAW GROUP**
407 President Clinton Avenue, Suite 201
Little Rock, Arkansas 72201
Telephone: (501) 812-3943
scott@poynterlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*