UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE HUCKABEE, RELEVATE GROUP,
DAVID KINNAMAN, TSH OXENREIDER,
LYSA TERKEURST, and JOHN BLASE
on behalf of themselves and all others
similarly situated,

                      Plaintiffs,

          - against -

META PLATFORMS, INC., BLOOMBERG
L.P., BLOOMBERG FINANCE, L.P.,
MICROSOFT CORPORATION, and
THE ELEUTHERAI INSTITUTE,

                      Defendants.

Case No. 23-cv-09152-MMG

**ORAL ARGUMENT REQUESTED**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Bloomberg L.P. and Bloomberg Finance L.P. (together, "Bloomberg") respectfully submit this Notice of Supplemental Authority to alert the Court to the August 19, 2024 decision in *Santos v. Kimmel*, No. 24cv1210 (DLC), 2024 WL 3862149 (S.D.N.Y.), attached hereto as Exhibit A, which was issued after briefing was complete on Bloomberg's pending Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Nos. 86-87, 91, the "Motion"). The *Santos* decision is relevant to the proposition that the Second Circuit and this District have recognized that a copyright fair use defense may appropriately be adjudicated on a motion to dismiss.

DATED: August 22, 2024         Respectfully submitted,

                                                FRIED, FRANK, HARRIS, SHRIVER
                                                    & JACOBSON LLP

                                                By:  */s/ Nicole M. Jantzi*
                                                     Nicole M. Jantzi
                                                     (nicole.jantzi@friedfrank.com)
                                                     Paul M. Schoenhard (*Pro Hac Vice*)
                                                     (paul.schoenhard@friedfrank.com)
                                                     FRIED, FRANK, HARRIS, SHRIVER
                                                        & JACOBSON LLP
                                                     801 17th Street NW
                                                     Washington, DC 20006
                                                     Telephone: (202) 639-7265

                                                     Amir R. Ghavi
                                                     (amir.ghavi@friedfrank.com)
                                                     FRIED, FRANK, HARRIS, SHRIVER
                                                       & JACOBSON LLP
                                                     One New York Plaza
                                                     New York, New York 10004
                                                     Telephone: (212) 859-8000

                                                     *Attorneys for Defendants Bloomberg L.P.*
                                                     *and Bloomberg Finance L.P.*