UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BLOOMBERG L.P. and BLOOMBERG FINANCE, L.P.,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-09152-MMG<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit this Notice of Supplemental Authority to alert the Court that on May 9, 2025, the United States Copyright Office (the "Office") released Part 3 of its Report on Copyright and Artificial Intelligence, titled "Generative AI Training" (the "Report").[1] *See Fox Television Stations, Inc v. Aereokiller, LLC*, 851 F.3d 1002, 1013 (9th Cir. 2017) ("it is clear the Copyright Office is entitled to at least *Skidmore* deference"). The Report was issued after briefing was complete on Defendant's pending Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Nos. 86-87, 91, the "Motion"). The Report is relevant to the proposition that fair use is a fact intensive inquiry that should not be adjudicated on a motion to dismiss and rejects the argument that the use of copyrighted materials to train AI models is inherently transformative. A copy of the Report is attached as **Exhibit A**.

---

[1] The Report is designated "a pre-publication version" but also provides that the "final version will be published in the near future, without any substantive changes expected in the analysis or conclusions."

Dated: May 30, 2025

Respectfully submitted,

*/s/ Greg G. Gutzler*

Seth Haines
Timothy Hutchinson
**RMP, LLP**
5519 Hackett St., Ste. 300
Springdale, AR 72762
Tel: (479) 443-2705
shaines@rmp.law
thutchinson@rmp.law

Scott Poynter
**POYNTER LAW GROUP**
4924 Kavanaugh Blvd.
Little Rock, AR 72207
Tel: (501) 812-3943
scott@poynterlawgroup.com

Greg G. Gutzler
**DICELLO LEVITT LLP**
485 Lexington Ave., 10th Floor
New York, NY 10017
Telephone: (646) 933-1000
Facsimile: (646) 494-9648
ggutzler@dicellolevitt.com

Amy E. Keller
Adam J. Levitt
James A. Ulwick
*Admitted Pro Hac Vice*
Nada Djordjevic (*pro hac vice application forthcoming*)
**DICELLO LEVITT LLP**
10 North Dearborn St., 6th Floor
Chicago, IL 60602
Tel. (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

*Counsel for Plaintiffs*