USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/13/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE HUCKABEE, et al.,

                              Plaintiffs,

                  -against-

BLOOMBERG L.P. and BLOOMBERG FINANCE,
L.P.,

                              Defendant(s).

23-CV-09152 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

As discussed on the record at the conference on January 13, 2026, the Court hereby LIFTS the stay on discovery (Dkt. No. 85) and ADOPTS the below discovery schedule:

(1) Plaintiffs may file a Second Amended Complaint without prior leave of the Court on or before **February 27, 2026**. Counsel for all parties are urged to cooperate in prioritizing initial disclosures that will facilitate the completeness of any such amended pleading. If Plaintiffs seek to further amend the pleadings after that date, they must meet and confer with Defendants and file a motion for leave under Federal Rule of Civil Procedure 15 absent an agreement between the parties.

(2) **All** fact discovery shall be completed by **February 26, 2027**, to include fact discovery both on the merits and on class certification. The Court adopts the interim deadlines set forth in the parties' proposed Case Management Plan at paragraphs 2 and 7 of Dkt. No. 112-1.

(3) Expert discovery related to the merits and to anticipated motions for summary judgment, only, shall be completed by **April 16, 2027.** The Court will set a deadline for expert discovery concerning class certification, if necessary, at a later date.

(4) The parties shall appear for a summary judgment conference on **May 25, 2027, at 9:30 a.m.** The conference will take place in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The parties should refer to the Court's individual rules regarding the submission of joint letters in advance of the

conference.  The Court will issue a briefing schedule for summary judgment motion practice after the conference.

(5) Expert discovery and motion practice on class certification will occur on a schedule to be set, if necessary, after a decision on summary judgment.

The parties are hereby ORDERED to meet and confer regarding interim dates to ensure the timely completion of merits expert discovery, given the deadline above.  The agreed-upon schedule for interim dates shall be filed on the docket by **January 23, 2026**.

Dated: January 13, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2