UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BLOOMBERG L.P., and BLOOMBERG FINANCE, L.P., <br><br> Defendants. | Case No. 1:23-cv-09152-MMG <br><br> JOINT [PROPOSED] SCHEDULING ORDER FOR EXPERT DISCOVERY INTERIM DATES |
|---|---|

Pursuant to the Court's January 13, 2026 order as to the discovery schedule in the above-captioned action [ECF 119], Plaintiffs and Defendants have met and conferred regarding the interim deadlines for expert discovery. Plaintiffs and Defendants have agreed, and the Court so orders, that the following interim deadlines to expert discovery shall be imposed:

| Event | Date |
|---|---|
| Rule 26(a)(2) disclosure of opening expert(s), service of opening expert reports, and production of underlying documents for issues on which the disclosing party has the burden of proof | March 3, 2027 |
| Rule 26(a)(2) disclosure of rebuttal expert(s), service of rebuttal expert report(s), and production of underlying documents | March 24, 2027 |
| Service of expert replies to rebuttal expert report(s) | April 7, 2027 |
| Deadline to complete depositions of all experts | April 16, 2027 |

The interim deadlines outlined above may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by April 16, 2027. For the avoidance of doubt, no other interim deadlines imposed by the Court's January 13, 2026 order shall be affected by this Order.

To the extent the scope of Plaintiffs' infringement claim is not clear at the close of fact discovery on February 26, 2027, Bloomberg Defendants reserve their right to and anticipate requesting a modification to the above expert report briefing schedule to address this issue.

This Order may not be modified or the dates herein extended except by further order of the Court for good cause shown.

Counsel for the Parties:

By: __/s/ Joseph C. Gratz__          By: __/s/ Nada Djordjevic__

| | |
|---|---|
| Joseph C. Gratz<br>Tiffany Cheung<br>Timothy C. Saulsbury<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Phone: 415-268-7000<br>Fax: 415-268-7522<br>Email: JGratz@mofo.com<br>Email: tsaulsbury@mofo.com<br>Email: tcheung@mofo.com<br><br>Sara Talebian<br>Morrison & Foerster LLP<br>2100 L St NW<br>Washington, DC 20037<br>Phone: 202-887-8791<br>Email: stalebian@mofo.com<br><br><br>Nicole M. Jantzi<br>Paul M. Schoenhard<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>801 17th Street NW<br>Washington, DC 20006<br>Phone: 202-639-7265<br>Fax: 202-639-7003<br>Email: nicole.jantzi@friedfrank.com<br>Email: paul.schoenhard@friedfrank.com<br><br>Amir Ghavi<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Phone: 212-859-8552<br>Email: amir.ghavi@friedfrank.com<br><br><br>*Attorney for Defendants Bloomberg L.P. and Bloomberg Finance L.P.* | Greg G. Gutzler<br>**DICELLO LEVITT LLP**<br>485 Lexington Avenue, Tenth Floor<br>New York, New York 10017<br>Telephone: (646) 933-1000<br>Facsimile: (646) 494-9648<br>ggutzler@dicellolevitt.com<br><br>Adam J. Levitt<br>Amy E. Keller<br>Nada Djordjevic<br>James A. Ulwick<br>Rebecca Trickey<br>*Admitted Pro Hac Vice*<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel. (312) 214-7900<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br>ndjordjevic@dicellolevitt.com<br>julwick@dicellolevitt.com<br>rtrickey@dicellolevitt.com<br><br>Mr. Seth Haines<br>Mr. Timothy Hutchinson<br>*Admitted Pro Hac Vice*<br>RMP, LLP<br>5519 Hackett Street, Suite 300<br>Springdale, Arkansas 72762<br>Tel: (479) 443-2705<br>shaines@rmp.law<br>thutchinson@rmp.law<br><br>Mr. Scott Poynter<br>*Admitted Pro Hac Vice*<br>POYNTER LAW GROUP<br>4924 Kavanaugh Blvd.<br>Little Rock, AR 72207<br>Tel. (501) 812-3943<br>scott@poynterlawgroup.com<br><br>*Attorney for the Plaintiffs and Proposed Class* |

**SO ORDERED.**

**Date: _____**
       **New York, New York**　　　　　　　　　　　**MARGARET M. GARNETT**
                                                                           **United States District Judge**