UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

v.

BLOOMBERG L.P., and BLOOMBERG FINANCE, L.P.,

        Defendants.

Case No. 1:23-cv-09152-MMG

JOINT [PROPOSED] SCHEDULING ORDER FOR EXPERT DISCOVERY INTERIM DATES

Pursuant to the Court's January 13, 2026 order as to the discovery schedule in the above-captioned action [ECF 119], Plaintiffs and Defendants have met and conferred regarding the interim deadlines for expert discovery. Plaintiffs and Defendants have agreed, and the Court so orders, that the following interim deadlines to expert discovery shall be imposed:

| Event | Date |
|---|---|
| Rule 26(a)(2) disclosure of opening expert(s), service of opening expert reports, and production of underlying documents for issues on which the disclosing party has the burden of proof | March 3, 2027 |
| Rule 26(a)(2) disclosure of rebuttal expert(s), service of rebuttal expert report(s), and production of underlying documents | March 24, 2027 |
| Service of expert replies to rebuttal expert report(s) | April 7, 2027 |
| Deadline to complete depositions of all experts | April 16, 2027 |

The interim deadlines outlined above may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by April 16, 2027. For the avoidance of doubt, no other interim deadlines imposed by the Court's January 13, 2026 order shall be affected by this Order.

To the extent the scope of Plaintiffs' infringement claim is not clear at the close of fact discovery on February 26, 2027, Bloomberg Defendants reserve their right to and anticipate requesting a modification to the above expert report briefing schedule to address this issue.

This Order may not be modified or the dates herein extended except by further order of the Court for good cause shown.

Counsel for the Parties:

    By: ___/s/ Joseph C. Gratz___           By: ___/s/ Nada Djordjevic___

1

<div style="display: flex;">
<div>

Joseph C. Gratz
Tiffany Cheung
Timothy C. Saulsbury
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Phone: 415-268-7000
Fax: 415-268-7522
Email: JGratz@mofo.com
Email: tsaulsbury@mofo.com
Email: tcheung@mofo.com

Sara Talebian
Morrison & Foerster LLP
2100 L St NW
Washington, DC 20037
Phone: 202-887-8791
Email: stalebian@mofo.com


Nicole M. Jantzi
Paul M. Schoenhard
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street NW
Washington, DC 20006
Phone: 202-639-7265
Fax: 202-639-7003
Email: nicole.jantzi@friedfrank.com
Email: paul.schoenhard@friedfrank.com

Amir Ghavi
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Phone: 212-859-8552
Email: amir.ghavi@friedfrank.com


*Attorney for Defendants Bloomberg L.P. and Bloomberg Finance L.P.*

</div>
<div>

Greg G. Gutzler
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: (646) 933-1000
Facsimile: (646) 494-9648
ggutzler@dicellolevitt.com

Adam J. Levitt
Amy E. Keller
Nada Djordjevic
James A. Ulwick
Rebecca Trickey
*Admitted Pro Hac Vice*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com
rtrickey@dicellolevitt.com

Mr. Seth Haines
Mr. Timothy Hutchinson
*Admitted Pro Hac Vice*
RMP, LLP
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762
Tel: (479) 443-2705
shaines@rmp.law
thutchinson@rmp.law

Mr. Scott Poynter
*Admitted Pro Hac Vice*
POYNTER LAW GROUP
4924 Kavanaugh Blvd.
Little Rock, AR 72207
Tel. (501) 812-3943
scott@poynterlawgroup.com


*Attorney for the Plaintiffs and Proposed Class*

</div>
</div>

**SO ORDERED.**

**Date:** _____
          **New York, New York**                                  _____
                                                                   **MARGARET M. GARNETT**
                                                                   **United States District Judge**