**IIIORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG, LONDON,
LOS ANGELES, MIAMI, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SEATTLE,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026

February 19, 2026

**VIA ECF**

Writer's Direct Contact
+1 (415) 268-6066
JGratz@mofo.com

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Extension of Time to File Stipulated ESI Protocol, *Huckabee et al. v. Bloomberg L.P., et al.*, Case No. 1:23-cv-09152 (MMG)

Dear Judge Garnett:

Pursuant to the Court's Individual Rules I(B)(3) and I(B)(5), the parties respectfully submit this joint letter-motion requesting a two-week extension of time to file their stipulated ESI Protocol (or competing proposals), making that submission due March 5, 2026.

The current February 19, 2026 deadline for submissions related to the ESI Protocol was set in this Court's Scheduling Order, ECF No. 119, on January 13, 2026. Plaintiffs provided Bloomberg with the first draft of the ESI Protocol on February 2, 2026. Bloomberg provided substantive edits to the ESI Protocol on February 15, 2026. Plaintiffs provided additional substantive edits to the ESI Protocol on February 18, 2026. Given the parties' differing substantive approaches to the collection and production of ESI, additional time is required for the parties to confer so that the parties may ensure that this protocol is efficient, proportional, and tailored to the needs of the case. The parties are in the process of scheduling a meet and confer to discuss the issues on which their drafts continue to differ in order to narrow or eliminate those differences.

This is the parties' first request for an extension of this deadline, and the requested extension will not affect any other scheduled dates. Plaintiffs join Bloomberg in this request.

GRANTED. The parties' deadline for submissions related to the ESI protocol (*see* Dkt. Nos. 112-1 & 119) is hereby EXTENDED until **March 5, 2026**. This order does not affect any other deadlines in this case. The Clerk of Court is respectfully directed to terminate Dkt. No. 126.

SO ORDERED. Dated February 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Sincerely,

MORRISON & FOERSTER LLP

  */s/ Joseph C. Gratz*
Joseph C. Gratz