DICELLO LEVITT

10 NORTH DEARBORN STREET 6TH FLOOR CHICAGO, ILLINOIS 60602

NADA DJORDJEVIC
NDJORDJEVIC@DICELLOLEVITT.COM
312.214.7900

November 2, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Joint Letter-Motion for Extension of Time for Discovery and Related Deadlines and Request for a Telephonic Conference
*Huckabee et al. v. Bloomberg L.P., et al.*, Case No. 1:23-cv-09152 (MMG)

Dear Judge Garnett:

Pursuant to the Court's Individual Rules I(B)(1) and I(B)(5), the parties respectfully submit this joint letter-motion requesting an extension of time for certain upcoming discovery deadlines, as well as other case deadlines that would be affected by adjustments to those discovery deadlines, including deadlines related to expert reports.

From the outset of discovery, the parties have worked diligently and collaboratively to collect and exchange relevant discovery materials, including issuing and responding to written discovery, disclosure and negotiation of ESI custodians, meeting and conferring regarding the appropriate scope of discovery and negotiation of appropriate discovery protocols (such as a protective order and a proposed TAR protocol), and have engaged in substantial discovery collection. However, Plaintiffs and Defendants now recognize that more time is needed to ensure a fulsome and complete exchange of discovery which will aid the Parties in efficiently disposing of the case.

The parties therefore jointly move for an extension of time of 90 days[1] for each of the following deadlines, which are currently reflected in the Scheduling Order entered on January 13, 2026 [ECF 119] and the Scheduling Order entered on January 27, 2026 [ECF 124]:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Substantial completion of document production for fact discovery | November 30, 2026 | March 1, 2027 |
| Deadline to serve Requests for Admission | December 15, 2026 | March 15, 2027 |
| Deadline to exchange privilege logs | December 30, 2026 | March 30, 2027 |
| Conclusion of fact discovery | February 26, 2027 | May 27, 2027 |
| Deadline to serve opening expert reports | March 3, 2027 | June 1, 2027 |
| Deadline to serve rebuttal expert reports | March 24, 2027 | June 22, 2027 |
| Deadline to serve replies to rebuttal expert reports | April 7, 2027 | July 6, 2027 |
| Deadline to complete expert discovery | April 16, 2027 | July 15, 2027 |
| Summary Judgment Conference | May 25, 2027 | August 23, 2027 |

The parties have not previously requested extensions of time for the foregoing dates.

If the Court has questions regarding the relief requested in this joint letter-motion, the parties are available for a telephonic conference with the Court at its earliest convenience.

Sincerely,

Nada Djordjevic

Nada Djordjevic

cc: All counsel of record

[1] Where a 90-day extension would cause a deadline to fall on a weekend or holiday, the parties propose extending the deadline to the next chronological business day.

GRANTED. The existing deadlines in this matter are hereby EXTENDED for 90 days in accordance with the table provided above, except that the Summary Judgment conference will take place on Tuesday, August 24, 2027 at 9:30 a.m. Given the lengthy discovery schedule, the parties should not expect further extensions, barring unusual circumstances that could not have been anticipated as of the date of this Order. The Clerk of Court is respectfully instructed to terminate Dkt. No. 138.

SO ORDERED. Dated, November 5, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE